IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS. NO. 4:15CR00012 JM

MARTHA J. KNIGHT

### ORDER

Pending is the United States' motion to dismiss the Information pending against defendant Martha J. Knight, without prejudice. (Docket No. 4) That motion is granted, and the Information is dismissed without prejudice.

IT IS SO ORDERED this 19th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE